UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20104-CR-BLOOM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CLEON MURRAY,

       Defendant.

_____/

## NOTICE OF ASSIGNMENT

      The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Paul Carson.  Please direct any future inquiries, pleadings or correspondence to Paul Carson on behalf of the Defendant, Cleon Murray.

      Respectfully submitted,

      HECTOR A. DOPICO
      FEDERAL PUBLIC DEFENDER

BY:   s/*Paul Carson*
      Paul Carson
      Assistant Federal Public Defender
      Special A No. A5503297
      150 West Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel:   305-530-7000
      E-Mail Address: paul_carson@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 3, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Paul Carson*
Paul Carson