**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cr-20104-BLOOM**

UNITED STATES OF AMERICA

v.

CLEON MURRAY,

Defendant.
_________________________________/

**ORDER RESERVING RULING ON MOTION TO DISMISS COUNT 2 OF THE INDICTMENT**

**THIS CAUSE** is before the Court on Defendant Cleon Murray's ("Defendant") Motion to Dismiss Count 2, ECF No. [17] ("Motion"). In it, Defendant contends that 18 U.S.C. § 611, the statute that he is charged with violating in Count 2 of the Indictment, ECF No. [1], is unconstitutional both facially and as applied to him. *Id.* at 1. The United States of America (the "Government") filed a Response in Opposition, ECF No. [20], and Defendant filed a Reply, ECF No. [22]. The Court has considered the Motion, the supporting and opposing submissions, the applicable law, the record, and is otherwise fully advised.

Judge David S. Leibowitz recently issued his Memorandum Opinion and Order on Defendant's Motion to Dismiss the Information in *United States of America v. Cox*, No. 0:25-CR-60249, 2026 WL 2948729 (S.D. Fla. Oct. 1, 2026) ("Leibowitz Opinion"). In it, Judge Leibowitz concluded that 18 U.S.C. § 611 was "unconstitutional as applied to the Defendant." *Id.* at *2. A Notice of Appeal has been filed in *Cox*. *United States of America v. Cox*, No. 0:25-CR-60249 (S.D. Fla. Oct. 2, 2026).

This case stands in a meaningfully different posture than *Cox*. Regardless of the Court's disposition of Count 2, this case will necessarily proceed to trial on Count 1, False Claim of

Citizenship in Order to Vote, in violation of 18 U.S.C. § 1015(f). ECF No. [1]. The constitutionality of that statute is not being challenged. As such, the Court finds it appropriate to reserve ruling on the Motion pending the Eleventh Circuit's disposition of the *Cox* appeal. The case may proceed to trial on both Counts of the Indictment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court **RESERVES RULING** on Defendant's Motion, **ECF No. [17]**.
2. The Motion Hearing scheduled for October 9, 2026, **ECF No. [28]**, is **CANCELED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 6, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of record